NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (CBN 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
        Federal Building, Suite 7516AA
        300 North Los Angeles Street
        Los Angeles, CA 90012
        Telephone: (213) 894-2464
        Facsimile:  (213) 894-7819
        Email: Robert.Lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN HOSSAIN,<br><br>Defendant. | **No. EDCV 20-1822**<br><br>[SACR 13-0224-JVS & SACR 14-0136-JVS]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEES WELLS FARGO BANK, N.A.; CITIBANK, N.A.; THE BANCORP BANK; COINBASE, INC.; and GEMINI TRUST COMPANY, LLC d/b/a GEMINI EXCHANGE, LLC [28 U.S.C. § 3205(b)]**<br><br>  and<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Roman Hossain*, SACR 13-0224-JVS & SACR 14-0136-JVS.  In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this Application.

On January 23, 2017, the Court sentenced Defendant to pay the following :

- Restitution: $693,446.00
- Fine: $50,000.00
- Special assessment: $125.00

The defendant-judgment debtor is Roman Hossain, Social Security Number XXX-XX-7804, who resides in Rialto, California.

As of September 3, 2020, Defendant's criminal debt balance is $457,863.34.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Each Garnishee is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that funds, assets, or property belonging to Roman Hossain are currently in Garnishees' custody, control, or possession.  By and through this Writ of Garnishment, the United States seeks to take the funds or property from Roman Hossain currently held by Garnishees to secure payment towards the criminal judgment debt. 28 U.S.C. § 3205 (b)(1)(C).

The names and addresses of Garnishees or the Garnishees' authorized agent are:

**Wells Fargo Bank, N.A.**
**Attn:  Legal Order Processing**
**P.O. Box 29779**
**Phoenix, Arizona 85038**

**Citibank, N.A.**
Attn:  Legal Services Intake Unit
701 East 60th Street North
P.O. Box 6034
Sioux Falls, South Dakota 57117-6034


**The Bancorp Bank**
Attn:  Legal Department
409 Silverside Road
Wilmington, Delaware 19809


**Coinbase, Inc.**
Attn:  Legal Department
P.O. Box 26409
San Francisco, California 94126


**Gemini Trust Company, LLC d/b/a Gemini Exchange, LLC**
Attn:  Legal Department
315 Park Avenue South, 18th Floor
New York, New York 10010

Dated:  September 3, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section

 /s/ *Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America