**ORIGINAL**

1 | Coinbase, Inc.
GARNISHEE NAME

2 | c/o CT Corporation System
GARNISHEE ADDRESS

3 | 818 West Seventh Street, Ste. 930

5 | Los Angeles, California 90017

6 | 415.373.2285
GARNISHEE TELEPHONE

7 | litigation@coinbase.com
GARNISHEE EMAIL

2021 JAN -4  AM 10: 16  FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROMAN HOSSAIN,<br><br>　　　　　Defendant. | No. SACV 20-1712-JVS<br><br>[SACR 13-0224-JVS & SACR 14-0136-JVS]<br><br>**ANSWER OF GARNISHEE COINBASE, INC.** |

1

**DECLARANT STATES:**

My name is R. Michael Cianfrani and my address and telephone number are PO Box 26409, San Francisco, California 94126 (415.373.2285) _____.

1. I am authorized to make this declaration on behalf of Garnishee Coinbase, Inc. regarding the writ of continuing garnishment received by Garnishee on or about September 24, 2020 (by email).

**IF GARNISHEE IS AN INDIVIDUAL:**

_____ is the Garnishee herein, doing business in the name of _____.

**IF GARNISHEE IS A PARTNERSHIP:**

The person making this declaration is a member and partner of the Garnishee, which is a partnership conducted under the name of _____ at _____.

**IF GARNISHEE IS A CORPORATION:**

The person making this declaration is the Litigation Program Manager of
(OFFICIAL TITLE)
Garnishee Coinbase, Inc., a corporation, organized under the laws of the State of Delaware.

2. As of [date] December 30, 2020, Garnishee has custody, control, or possession of the following funds, assets, and/or property, in which Defendant has a nonexempt interest:

| Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| a. none | N/A | N/A |
| b. | | |
| c. | | |
| d. | | |

2

3. Garnishee anticipates owing to Defendant in the future, the following amounts:

| | **Amounts** | **Estimate Date or Period Due** |
|---|---|---|
| a. | $ N/A | N/A |
| b. | $ | |
| c. | $ | |

4. Is Defendant subject to an existing garnishment or levy? ☐ Yes ☒ No
If yes, what is the outstanding amount now due and owing? $ N/A (not to Coinbase's knowledge).

5. If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability: _____
_____
_____.

6. Garnishee owed Defendant the sum of $ 0 on the date the writ of continuing garnishment was served for the following reasons:
_____
_____.

7. On [date] (N/A) , Garnishee commenced withholding and retaining Defendant's nonexempt assets, funds, and/or property and will continue to withhold and retain such nonexempt assets, funds, and/or property until further order from the Court.

8. Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided by the United States of America and (b) The U.S. Attorney's Office for the Central District of California, ATTN: Financial Litigation Section, Suite 7516, Federal Building, 300 N. Los Angeles St., Los Angeles, CA 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct. Executed on December 30 , 2020.

/s/ R. Michael Cianfrani
SIGNATURE OF DECLARANT

## PROOF OF SERVICE BY MAILING

I, R. Michael Cianfrani, declare:

I am over the age of eighteen and am not a party to the above-entitled action;

That I am employed by Coinbase, Inc.; that on December 30, 2020 [Date], I deposited in the above-entitled action, in an envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE COINBASE, INC.** addressed to: Ms. Grace Oviatt and Mr. Robert Lester BY EMAIL ONLY

U.S. Attorney's Office for the Central District of California
ATTN: Financial Litigation Section
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012

Roman Hossain
Rialto, California

at their last known address provided by the United States, at which place there is a delivery service by U.S. Mail.

This Certificate is executed on December 30, 2020 [Date], at Alameda [City], California [State].

I certify under penalty of perjury that the foregoing is true and correct.

*R. Michael Cianfrani*
Signature